Accordingly, the order of the Commonwealth Court is reversed.

ZAPPALA, J., concurs in the result.

■

MUNICIPAL AUTHORITY OF the CITY OF MONONGAHELA and the CITY OF MONONGAHELA, Petitioners,

v.

CARROLL TOWNSHIP AUTHORITY and the Township of Carroll, Respondents.

Supreme Court of Pennsylvania.

March 30, 2001.

## ORDER

AND NOW, this 30th day of March, 2001, the above-listed matter is **GRANTED, LIMITED** to the following issue:

1) Whether the Commonwealth Court erred when it determined that the Rules of Civil Procedure apply to this matter.